# Court of Appeals
# of the State of Georgia

ATLANTA,   April 12, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1367. SWEET ET AL. v. BANK OF THE OZARKS.**

On March 27, 2013, the Appellants moved this Court for permission to withdraw their appeal. As the Appellee has made no objection and as we discern no reason for denying the request, the Appellants' motion to withdraw the instant appeal is hereby GRANTED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 04/12/2013
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*